US DISTRICT COURT
**WESTERN** DISTRICT OF ARKANSAS
FILED

DEC 1 0 2025

Ronald E. Dowling
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 5:25-CR-500____03___-001-004 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JOSHUA "HUNTER" COURTNEY | ) | |
| CHRISTIAN MOORE | ) | 21 U.S.C. § 841(a)(1) |
| OCIEL GATICA | ) | 21 U.S.C. § 841(b)(1)(A)(viii) |
| COURTNEY KELLEY | ) | 21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury Charges:

## COUNT ONE

Beginning on or about an unknown date, but at least as early as January 2025, and continuing to on or about April 25, 2025, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the Defendants, **JOSHUA "HUNTER" COURTNEY, CHRISTIAN MOORE, OCIEL GATICA, and COURTNEY KELLEY**, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to distribute a controlled substance, namely, more than five hundred (500) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 846.

A True Bill.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

By: _____

Kevin Eaton
Assistant U.S. Attorney
Bar No. 24105832
414 Parker Avenue
Fort Smith, AR  72901